| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| Taft Stettinius & Hollister | Chapter   7 | |
| 111 East Wacker Drive | Location: | 644 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL  60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CINQUEPALMI, NICHOLAS V          §   Case No. 13-40572
                                        §
                                        §
                                        §
Debtor(s)                               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 16, 2013.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of   $   13,747.00

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 151.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 13,595.41 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 04/23/2014 and the deadline for filing governmental claims was 04/14/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,124.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $2,124.70, for a total compensation of $2,124.70.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/17/2014         By:/s/KAREN R. GOODMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-40572  
**Case Name:** CINQUEPALMI, NICHOLAS V

**Trustee:**     (520191)   KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 10/16/13 (f)  
**§341(a) Meeting Date:** 12/09/13

**Period Ending:** 11/17/14

**Claims Bar Date:** 04/23/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 10701 Penfield Dr. Orland<br>Imported from original petition Doc# 1 | 389,999.00 | 0.00 | | 0.00 | FA |
| 2 | 8701 Glenberry Lane<br>Imported from original petition Doc# 1 | 289,900.00 | 33,466.00 | | 0.00 | FA |
| 3 | 16804 Sheridan, Orland Park, IL 60467 corporatio<br>Imported from original petition Doc# 1 | 80,000.00 | 0.00 | | 0.00 | FA |
| 4 | 16810 Sheridan, Orland Park, IL 60467 corporatio<br>Imported from original petition Doc# 1 | 319,396.00 | 0.00 | | 0.00 | FA |
| 5 | Fifth Third Bank - Checking<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Harris - Checking<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Business Checking 5/3rd Bank- $5,000.00<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous Household<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Everyday Apparel<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | 529 Plan for son<br>Imported from original petition Doc# 1 | 27,000.00 | 0.00 | | 0.00 | FA |
| 11 | Pension<br>Imported from original petition Doc# 1 | 150,000.00 | 0.00 | | 0.00 | FA |
| 12 | 457 - Orland Fire Protection District<br>Imported from original petition Doc# 1 | 400,000.00 | 0.00 | | 0.00 | FA |
| 13 | Landmark Flooring<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 14 | Papa Georgios, Inc. - not longer active - owns t<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Ameritrade Account<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 16 | 2010 Dodge Caravan Cargo - 51,000 Miles<br>Imported from original petition Doc# 1 | 9,000.00 | 4,591.00 | | 4,591.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-40572  
**Case Name:** CINQUEPALMI, NICHOLAS V  

**Period Ending:** 11/17/14

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 10/16/13 (f)  
**§341(a) Meeting Date:** 12/09/13  
**Claims Bar Date:** 04/23/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 2012 BMW 535 Coupe - 21,000 Miles<br>Imported from original petition Doc# 1 | 38,000.00 | 16,200.00 | | 7,450.00 | FA |
| 18 | 2006 Chevrolet Impala - 37,000 Miles<br>Imported from original petition Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2010 Ford Cargo - 70,000<br>Imported from original petition Doc# 1 | 10,000.00 | 206.00 | | 206.00 | FA |
| 19 | **Assets** **Totals** (Excluding unknown values) | **$1,725,995.00** | **$55,963.00** | | **$13,747.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Review claims after claims bar date passes and file any appropriate objections, retain accountant and file tax returns.

**Initial Projected Date Of Final Report (TFR):** March 31, 2015    **Current Projected Date Of Final Report (TFR):** March 31, 2015

Printed: 11/17/2014 04:19 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-40572 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | CINQUEPALMI, NICHOLAS V | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***7340 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/17/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/14 | | Nicholas Cinquepalmi | Proceeds of sale of non-exempt assets to Debtor pursuant to Court Order dated 3/20/14 | | 13,747.00 | | 13,747.00 |
| | {17} | | Sale of Non-exempt Assets to Debtor Per Court Order dated 03/20/2014    7,450.00 | 1129-000 | | | 13,747.00 |
| | {15} | | Sale of Non-exempt Assets to Debtor per Order dated 03/20/2014    1,500.00 | 1129-000 | | | 13,747.00 |
| | {16} | | Sale of Non-exempt Assets to Debtor per Court Order dated 03/20/2014    4,591.00 | 1129-000 | | | 13,747.00 |
| | {19} | | Sale of Non-exempt Assets to Debtor per Court Order dated 03/20/2014    206.00 | 1129-000 | | | 13,747.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,737.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.07 | 13,715.93 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.72 | 13,696.21 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.04 | 13,677.17 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.63 | 13,655.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.98 | 13,636.56 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.92 | 13,615.64 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.23 | 13,595.41 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 13,747.00 | 151.59    $13,595.41 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 13,747.00 | 151.59 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$13,747.00** | **$151.59** |

{} Asset reference(s)                                                                                                       Printed: 11/17/2014 04:19 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-40572 | | Trustee: | KAREN R. GOODMAN (520191) |
| Case Name: | CINQUEPALMI, NICHOLAS V | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***7340 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/17/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5366** | 13,747.00 | 151.59 | 13,595.41 |
| | $13,747.00 | $151.59 | $13,595.41 |

{} Asset reference(s)                    Printed: 11/17/2014 04:19 PM    V.13.15

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 23, 2014

**Case Number:** 13-40572　　　　　　　　　　Page: 1　　　　　　　　　　**Date:** November 17, 2014
**Debtor Name:** CINQUEPALMI, NICHOLAS V　　　　　　　　　　　　　　　　**Time:** 04:20:27 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Admin Ch. 7 | | $2,124.70 | $0.00 | 2,124.70 |
| 200 | Taft Stettinius & Hollister LLP<br>111 East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601 | Admin Ch. 7 | | $2,873.00 | $0.00 | 2,873.00 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $1,243.60 | $0.00 | 1,243.60 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $15.45 | $0.00 | 15.45 |
| 1 -2<br>610 | FirstMerit Bank, N.A.<br>c/o Michelle G. Novick, Arnstein & Lehr<br>120 S. Riverdale Plaza, Suite 1200<br>Chicago, IL 60606 | Unsecured | | $642,716.89 | $0.00 | 642,716.89 |
| << Totals >> | | | | 648,973.64 | 0.00 | 648,973.64 |

**TRUSTEE'S PROPOSED DISTRIBUTION**      Exhibit D

Case No.: 13-40572
Case Name: CINQUEPALMI, NICHOLAS V
Trustee Name: KAREN R. GOODMAN

**Balance on hand:**     $ 13,595.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 13,595.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,124.70 | 0.00 | 2,124.70 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 2,873.00 | 0.00 | 2,873.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,243.60 | 0.00 | 1,243.60 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 15.45 | 0.00 | 15.45 |

Total to be paid for chapter 7 administration expenses:    $ 6,256.75
Remaining balance:    $ 7,338.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $ 0.00
Remaining balance:    $ 7,338.66

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,338.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 642,716.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | FirstMerit Bank, N.A. | 642,716.89 | 0.00 | 7,338.66 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,338.66 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**