| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | Room 644 |
| Suite 2800 | Hearing Date: | 01/08/2015 |
| Chicago, IL 60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CINQUEPALMI, NICHOLAS V        §   Case No. 13-40572
                                      §
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 South Dearborn Street, Chicago, Illinois 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:30am on 01/08/2015 in Courtroom 644, United States Courthouse,
219 South Dearborn Street, Chicago, Illinois 60604.
   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/04/2014          By: /s/KAREN R. GOODMAN
                                                    Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| Taft Stettinius & Hollister | Chapter   7 | |
| 111 East Wacker Drive | Location: | Room 644 |
| Suite 2800 | Hearing Date: | 01/08/2015 |
| Chicago, IL  60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CINQUEPALMI, NICHOLAS V         §   Case No. 13-40572
                                       §
                                       §
Debtor(s)                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $      13,747.00

*and approved disbursements of*               $         151.59

*leaving a balance on hand of*  [1]           $      13,595.41

**Balance on hand:**                          $      13,595.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $       0.00
Remaining balance:                       $  13,595.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,124.70 | 0.00 | 2,124.70 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 2,873.00 | 0.00 | 2,873.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,243.60 | 0.00 | 1,243.60 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 15.45 | 0.00 | 15.45 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid for chapter 7 administration expenses: | $ | 6,256.75 |
|---|---|---|---|
|   | Remaining balance: | $ | 7,338.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 7,338.66 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 7,338.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 642,716.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | FirstMerit Bank, N.A. | 642,716.89 | 0.00 | 7,338.66 |

|   | Total to be paid for timely general unsecured claims: | $ | 7,338.66 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:  $       0.00

Prepared By:  /s/KAREN R. GOODMAN
                              Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 13-40572-PSH
Nicholas V Cinquepalmi                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: driddick               Page 1 of 1          Date Rcvd: Dec 16, 2014
                              Form ID: pdf006             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2014.
```
db           +Nicholas V Cinquepalmi,    10701 Penfield Drive,    Orland Park, IL 60462-2790
aty          +Taft Stettinius & Hollister LLP,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-4277
21111832     +Abn Amro Mortgage Group,    2600 West Big Beaver,    Troy, MI 48084-3318
21111834     +Bank of America,    Attn:Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
21605865      Bank of America N.A.,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
               Columbus, OH 43216-5028
21111835     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21111836     +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
               Woodbury, MN 55125-1703
21111837     +Chrysler Financial/TD Auto Finance,    Attn: Bankruptcy Dept,    Po Box 551080,
               Jacksonville, FL 32255-1080
21111838      Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
21111839      Experian,    P.O. Box 9701,    Allen, TX 75013-9701
21111840     +FirstMerit Bank,    14701 S. LaGrange Rd.,    Orland Park, IL 60462-3226
21679077      FirstMerit Bank, N.A.,    c/o Michelle G. Novick, Arnstein & Lehr,
               120 S. Riverdale Plaza, Suite 1200,    Chicago, IL 60606
21111842     +Harris N.a.,    Bmo Harris Bank - BK Dept.-Brk-1,    770 N Water Street,
               Milwaukee, WI 53202-0002
21111843     +Illianafincu,    1600 Huntington Drive,    PO Box 1249,    Calumet City, IL 60409-1249
21146991     +TD Auto Finance LLC,    Riezman Berger PC,    7700 Bonhomme Avenue 7th Floor,
               St Louis MO 63105-1960
21111844     +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
21111845     +Will County Clerk,    Will County Office Building,    302 N. Chicago St.,    Joliet, IL 60432-4078
21111846     +Will County Treasurer,    302 North Chicago,    Joliet, IL 60432-4059
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21111833     +E-mail/Text: ally@ebn.phinsolutions.com Dec 17 2014 02:09:05     Ally Financial,
               Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
21111841     +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2014 02:15:10      Gecrb/walmart,    Po Box 965024,
               Orlando, FL 32896-5024
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2014                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2014 at the address(es) listed below:
```
              Karen R Goodman, ESQ    on behalf of Accountant Alan D. Lasko kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Kathryn A Klein    on behalf of Creditor    TD Auto Finance LLC iln@riezmanberger.com
              Michelle G Novick    on behalf of Creditor    FirstMerit Bank, N.A. mgnovick@arnstein.com,
               lcsolomon@arnstein.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W Toolis    on behalf of Debtor Nicholas V Cinquepalmi twt@jtlawllc.com,
               lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com
                                                                                              TOTAL: 7
```