| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 644 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CINQUEPALMI, NICHOLAS V         §   Case No. 13-40572
                                      §
                                      §
                                      §
Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,667,495.00            Assets Exempt: $598,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,338.66    Claims Discharged
                                               Without Payment: $635,378.23

Total Expenses of Administration: $6,408.34

---

3) Total gross receipts of $   13,747.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $13,747.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,408.34 | 6,408.34 | 6,408.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 642,716.89 | 642,716.89 | 7,338.66 |
| **TOTAL DISBURSEMENTS** | $0.00 | $649,125.23 | $649,125.23 | $13,747.00 |

4) This case was originally filed under Chapter 7 on October 16, 2013. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2015         By: /s/KAREN R. GOODMAN
                                            Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ameritrade Account | 1129-000 | 1,500.00 |
| 2010 Dodge Caravan Cargo - 51,000 Miles | 1129-000 | 4,591.00 |
| 2012 BMW 535 Coupe - 21,000 Miles | 1129-000 | 7,450.00 |
| 2010 Ford Cargo - 70,000 | 1129-000 | 206.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,747.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,124.70 | 2,124.70 | 2,124.70 |
| Taft Stettinius & Hollister LLP | 3110-000 | N/A | 2,873.00 | 2,873.00 | 2,873.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| ALAN D. LASKO | 3410-000 | N/A | 1,243.60 | 1,243.60 | 1,243.60 |
| ALAN D. LASKO | 3420-000 | N/A | 15.45 | 15.45 | 15.45 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.07 | 21.07 | 21.07 |
| Rabobank, N.A. | 2600-000 | N/A | 19.72 | 19.72 | 19.72 |
| Rabobank, N.A. | 2600-000 | N/A | 19.04 | 19.04 | 19.04 |
| Rabobank, N.A. | 2600-000 | N/A | 21.63 | 21.63 | 21.63 |
| Rabobank, N.A. | 2600-000 | N/A | 18.98 | 18.98 | 18.98 |
| Rabobank, N.A. | 2600-000 | N/A | 20.92 | 20.92 | 20.92 |
| Rabobank, N.A. | 2600-000 | N/A | 20.23 | 20.23 | 20.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,408.34 | $6,408.34 | $6,408.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | FirstMerit Bank, N.A. | 7100-000 | N/A | 642,716.89 | 642,716.89 | 7,338.66 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $642,716.89 | $642,716.89 | $7,338.66 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-40572  **Trustee:** (520191) KAREN R. GOODMAN
**Case Name:** CINQUEPALMI, NICHOLAS V  **Filed (f) or Converted (c):** 10/16/13 (f)
 **§341(a) Meeting Date:** 12/09/13
**Period Ending:** 04/15/15  **Claims Bar Date:** 04/23/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10701 Penfield Dr. Orland<br>Imported from original petition Doc# 1 | 389,999.00 | 0.00 | | 0.00 | FA |
| 2 | 8701 Glenberry Lane<br>Imported from original petition Doc# 1 | 289,900.00 | 33,466.00 | | 0.00 | FA |
| 3 | 16804 Sheridan, Orland Park, IL 60467 corporatio<br>Imported from original petition Doc# 1 | 80,000.00 | 0.00 | | 0.00 | FA |
| 4 | 16810 Sheridan, Orland Park, IL 60467 corporatio<br>Imported from original petition Doc# 1 | 319,396.00 | 0.00 | | 0.00 | FA |
| 5 | Fifth Third Bank - Checking<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Harris - Checking<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Business Checking 5/3rd Bank- $5,000.00<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous Household<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Everyday Apparel<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | 529 Plan for son<br>Imported from original petition Doc# 1 | 27,000.00 | 0.00 | | 0.00 | FA |
| 11 | Pension<br>Imported from original petition Doc# 1 | 150,000.00 | 0.00 | | 0.00 | FA |
| 12 | 457 - Orland Fire Protection District<br>Imported from original petition Doc# 1 | 400,000.00 | 0.00 | | 0.00 | FA |
| 13 | Landmark Flooring<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 14 | Papa Georgios, Inc. - not longer active - owns t<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Ameritrade Account<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 16 | 2010 Dodge Caravan Cargo - 51,000 Miles<br>Imported from original petition Doc# 1 | 9,000.00 | 4,591.00 | | 4,591.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-40572  **Trustee:** (520191) KAREN R. GOODMAN
**Case Name:** CINQUEPALMI, NICHOLAS V  **Filed (f) or Converted (c):** 10/16/13 (f)
 **§341(a) Meeting Date:** 12/09/13
**Period Ending:** 04/15/15  **Claims Bar Date:** 04/23/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | 2012 BMW 535 Coupe - 21,000 Miles  Imported from original petition Doc# 1 | 38,000.00 | 16,200.00 | | 7,450.00 | FA |
| 18 | 2006 Chevrolet Impala - 37,000 Miles  Imported from original petition Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2010 Ford Cargo - 70,000  Imported from original petition Doc# 1 | 10,000.00 | 206.00 | | 206.00 | FA |
| 19 | Assets   Totals (Excluding unknown values) | **$1,725,995.00** | **$55,963.00** | | **$13,747.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Review claims after claims bar date passes and file any appropriate objections, retain accountant and file tax returns.

**Initial Projected Date Of Final Report (TFR):** March 31, 2015    **Current Projected Date Of Final Report (TFR):** December 1, 2014  (Actual)

Printed: 04/15/2015 03:34 PM    V.13.21

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-40572  
**Case Name:** CINQUEPALMI, NICHOLAS V  
**Taxpayer ID #:** **-***7340  
**Period Ending:** 04/15/15

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/14 | | Nicholas Cinquepalmi | Proceeds of sale of non-exempt assets to Debtor pursuant to Court Order dated 3/20/14 | | 13,747.00 | | 13,747.00 |
| | {17} | | Sale of Non-exempt Assets to Debtor Per Court Order dated 03/20/2014   7,450.00 | 1129-000 | | | 13,747.00 |
| | {15} | | Sale of Non-exempt Assets to Debtor per Order dated 03/20/2014   1,500.00 | 1129-000 | | | 13,747.00 |
| | {16} | | Sale of Non-exempt Assets to Debtor per Court Order dated 03/20/2014   4,591.00 | 1129-000 | | | 13,747.00 |
| | {19} | | Sale of Non-exempt Assets to Debtor per Court Order dated 03/20/2014   206.00 | 1129-000 | | | 13,747.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,737.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.07 | 13,715.93 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.72 | 13,696.21 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.04 | 13,677.17 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.63 | 13,655.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.98 | 13,636.56 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.92 | 13,615.64 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.23 | 13,595.41 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.59 | 13,577.82 |
| 12/02/14 | | Rabobank, N.A. | Service Fee Credit Adjustment | 2600-000 | | -17.59 | 13,595.41 |
| 01/08/15 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED JANUARY 8, 2015 | 3420-000 | | 15.45 | 13,579.96 |
| 01/08/15 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED JANUARY 8, 2015 | 3410-000 | | 1,243.60 | 12,336.36 |
| 01/08/15 | 103 | Taft Stettinius & Hollister LLP | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED JANUARY 8, 2015 | 3110-000 | | 2,873.00 | 9,463.36 |
| 01/08/15 | 104 | FirstMerit Bank, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1-2 PER COURT ORDER DATED JANUARY 8, 2015 | 7100-000 | | 7,338.66 | 2,124.70 |
| 01/08/15 | 105 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED JANUARY 8, 2015 | 2100-000 | | 2,124.70 | 0.00 |
| | | | Subtotals : | | $13,747.00 | $13,747.00 | |

{} Asset reference(s)

Printed: 04/15/2015 03:34 PM   V.13.21

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-40572  
**Case Name:** CINQUEPALMI, NICHOLAS V  
**Taxpayer ID #:** **-***7340  
**Period Ending:** 04/15/15  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 13,747.00 | 13,747.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,747.00 | 13,747.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $13,747.00 | $13,747.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5366** | 13,747.00 | 13,747.00 | 0.00 |
| | $13,747.00 | $13,747.00 | $0.00 |

{} Asset reference(s)                                                                                                                              Printed: 04/15/2015 03:34 PM   V.13.21